## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | | |
|---|---|---|
| **LORRANE ELLYN DRURY,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | No.   1:15-cv-301-GZS |
| | ) | |
| **CAROLYN W. COLVIN, Acting** | ) | |
| **Commissioner of Social Security,** | ) | |
| | ) | |
| **Defendant** | ) | |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 25) filed April 6, 2016, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that the Commissioner's Decision is **AFFIRMED**.

    /s/ George Z. Singal
    United States District Judge

Dated this 3rd day of May, 2016.